COURT OF APPEALS
SECOND
DISTRICT OF TEXAS
FORT WORTH
NO. 2-03-092-CR
 
DAYLE RAY PETERS                                                      
   APPELLANT
V.
THE STATE OF TEXAS                                                      
   STATE
----------
FROM COUNTY COURT AT LAW OF COOKE
COUNTY
----------
MEMORANDUM
OPINION(1)
AND JUDGMENT
----------
We have considered appellant's "Motion To Dismiss Appeal." The
motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R.
App. P. 42.2(a). No decision of this court having been delivered before we
received this motion, we grant the motion and dismiss the appeal. See id.;
Tex. R. App. P. 43.2(f).
 
PER CURIAM
 
PANEL D: DAY, LIVINGSTON, and DAUPHINOT JJ.
DO NOT PUBLISH
Tex. R. App. P. 47.2(b)
DELIVERED: April 3, 2003

1. See Tex. R. App. P. 47.4.